**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

TIFFANY MCCALL,

                Petitioner

        v.

KEYSTONE FIRST,

                Respondent

: No. 147 MAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 7th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.